IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES L. PADGETT, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 125-049 |
| | ) | |
| WARDEN TEKETA JESTER, Baldwin State | ) | |
| Prison, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. On January 21, 2026, after entry of the Report and Recommendation, the Court received a third supplemental response from Petitioner dated December 16, 2025, opposing Respondent's motion to dismiss.[1] (Doc. nos. 21, 22.) The filings' arguments about timeliness further support the Magistrate Judge's recommendation that Respondent's motion to dismiss for untimeliness should be denied due to equitable tolling. (See id.) However, the supplemental response again summarily requests an evidentiary hearing and also presents arguments about the merits of Petitioner's claims. (See id.) For the reasons described in the Report and Recommendation, (doc. no. 19, p. 15), this second request for an evidentiary hearing is **DENIED**. (Doc. no. 22.)

---

[1] Petitioner's filing was entered on the docket twice, once as "Supplemental Objection to Motion to Dismiss," (doc. no. 21), and as a "Motion for Evidentiary Hearing," (doc. no. 22). Both entries are identical to one another. (Cf. doc. no. 21, with doc. no. 22.)

The Court further provides Petitioner the opportunity to submit a brief of law in support of the merits of his petition herein.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Respondent's motion to dismiss, (doc. no. 11), and **DENIES** Petitioner's motion for judgment on the pleadings, (doc. no. 18). Both parties shall have thirty days from the date of this Order to submit their briefs of law and all necessary exhibits with respect to the substantive grounds of the petition.

SO ORDERED this 29th day of _____January_____, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA